(No. 6100—▮▮▮▮▮▮▮▮▮▮)

NALCO CHEMICAL COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DIVISON OF HIGHWAYS, Respondent.

*Opinion filed August 30, 1971.*

L. H. LEMIEUX, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6101—▮▮▮▮▮▮▮▮▮▮)

CARROLL SEATING COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed August 30, 1971.*

CARROLL SEATING COMPANY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.